| | |
|---|---|
| 1 | L. Jay Pedersen - 127791 |
| 2 | Michelle M. Yoshida - 197001 |
|   | BLEDSOE, CATHCART, DIESTEL & PEDERSEN, LLP |
| 3 | 601 California Street, 16th Floor |
|   | San Francisco, CA 94108 |
| 4 | Telephone: (415) 981-5411 |
|   | Facsimile: (415) 981-0352 |
| 5 | |
| 6 | Attorneys for Defendants |
|   | PHO HOA HIEP, INC.; PHO HOA HIEP I, INC.; |
| 7 | PHO HOA HIEP II, INC.; PHO HOA HIEP V, INC.; |
|   | PHONG HUYNH; LIEU TRAN; LINH NGUYEN; SON HUYNH; |
| 8 | LIEM LE AND DANH TRAN |

**IT IS SO ORDERED**
*James Ware*
Judge James Ware

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| AUREFLAM CORPORATION, a California corporation; | ) ) ) | No. **C04 03824 JW** |
| Plaintiff, | ) ) ) | **STIPULATION RE: CONTINUATION OF DATES RELATED TO EXPERT WITNESS DISCOVERY AND [PROPOSED] ORDER** |
| vs. | ) ) | |
| PHO HOA HIEP, INC., a California Corporation; PHO HOA HIEP I, INC., a California Corporation; PHO HOA HIEP II, INC., a California Corporation; PHO HOA HIEP IV, INC., a California Corporation; PHO HOA HIEP V, INC., a California Corporation; LIEU TRAN, an individual; DANH TRAN, an individual; SON HUYNH, an individual; PHONG HUYNH, an individual; LIEM LE, an individual; LINH NGUYEN, an individual; and DOES 1 through 10, inclusive; | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

IT IS HEREBY STIPULATED AND AGREED to by the parties, plaintiff AUREFLAM CORPORATION and defendants PHO HOA HIEP, INC., PHO HOA HIEP I, INC., PHO HOA HIEP II, INC., PHO HOA HIEP V, INC., PHONG HUYNH, LIEU TRAN, LINH NGUYEN, SON HUYNH, LIEM LE, and DANH TRAN, by and through their respective counsel of record herein, that the expert witness disclosures be continued from October 10, 2005 to December 15, 2005.

STIPULATION RE EXPERT WITNESS DISCOVERY        1 of 2

1  IT IS FURTHER STIPULATED AND AGREED to by the parties that the date for any party proffering a rebuttal expert shall be continued from October 20, 2005 to January 3, 2006.

IT IS FUTHER STIPULATED AND AGREED to by the parties that the hearing date of any motion to exclude an expert or any portion of an expert's testimony in accordance with Civil Local Rule 7-2 be continued from November 28, 2005 to February 1, 2006.

IT IS FURTHER STIPULATED AND AGREED to by the parties that they may take expert witness depositions occurring after the December 15, 2005 discovery cut-off date in the above-captioned action up to and including the date of February 6, 2006.

This stipulation is entered into pursuant to Federal Rules of Civil Procedure, Rules 26 & 29.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

GORMAN & MILLER

DATED: October 7, 2005          By: /s/ Craig Alan Hansen
                                     John C. Gorman
                                     Craig Alan Hansen
                                     Attorneys for Plaintiff AUREFLAM
                                     CORPORATION

DATED: October ___, 2005        BLEDSOE, CATHCART,
                                DIESTEL & PEDERSEN, LLP


                                By: _____
                                     L. Jay Pedersen
                                     Attorneys for Defendants PHO HOA HIEP, INC.; PHO HOA HIEP I, INC.; PHO HOA HIEP II, INC.; PHO HOA HIEP V, INC.; PHONG HUYNH; LIEU TRAN; LINH NGUYEN; SON HUYNH; LIEM LE; AND DANH TRAN

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 10/12/05                  /s/ James Ware
                                 Hon. James Ware
                                 United States District Judge

1  IT IS FURTHER STIPULATED AND AGREED to by the parties that the date for any party proffering a rebuttal expert shall be continued from October 20, 2005 to January 3, 2006.

4  IT IS FUTHER STIPULATED AND AGREED to by the parties that the hearing date of any motion to exclude an expert or any portion of an expert's testimony in accordance with Civil Local Rule 7-2 be continued from November 28, 2005 to February 1, 2006.

7  IT IS FURTHER STIPULATED AND AGREED to by the parties that they may take expert witness depositions occurring after the December 15, 2005 discovery cut-off date in the above-captioned action up to and including the date of February 6, 2006.

10  This stipulation is entered into pursuant to Federal Rules of Civil Procedure, Rules 26 & 29.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

GORMAN & MILLER

DATED: October ___, 2005

By: _____
John C. Gorman
Craig Alan Hansen
Attorneys for Plaintiff AUREFLAM CORPORATION

DATED: October 6, 2005

BLEDSOE, CATHCART, DIESTEL & PEDERSEN, LLP

By: *Michelle M. Yoshida (for)*
L. Jay Pedersen
Attorneys for Defendants PHO HOA HIEP, INC.; PHO HOA HIEP I, INC.; PHO HOA HIEP II, INC.; PHO HOA HIEP V, INC.; PHONG HUYNH; LIEU TRAN; LINH NGUYEN; SON HUYNH; LIEM LE; AND DANH TRAN

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____    _____
Hon. James Ware
United States District Judge

STIPULATION RE EXPERT WITNESS DISCOVERY        2 of 2