1 | John C. Gorman, #91515
  | Craig Alan Hansen, #209622
2 | GORMAN & MILLER, P.C.
  | 210 North Fourth Street, Suite 200
  | San Jose, CA. 95112
3 | (408) 297-2222 (phone)
  | (408) 297-2224 (fax)
4 |
  | Attorneys for Plaintiff
5 | AUREFLAM CORPORATION

6 | L. Jay Pedersen - 12779 1
  | Michelle M. Yoshida - 197001
7 | BLEDSOE, CATHCART, DIESTEL & PEDERSEN, LLP
  | 601 California Street, 16th Floor
8 | San Francisco, CA 94108
  | Telephone: (415) 981-5411
9 | Facsimile: (415) 981-0352

10 | Attorneys for Defendants
   | Pho Hoa Hiep, Inc., Pho Hoa
11 | Hiep I, Inc., Pho Hoa Hiep II,
   | Inc., Pho Hoa Hiep V, Inc., Liu
12 | Tran; Danh Tran; Son Huynh;
   | Phong Huynh; Liem Le; and Linh

*IT IS SO ORDERED*
*[signature] Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUREFLAM CORPORATION, a California corporation; | Case No. C 04-03824 JW |
| Plaintiff, | STIPULATION TO MODIFY SCHEDULING ORDER; XXXXXXXXXX ORDER THEREON |
| v. | |
| PHO HOA HIEP, INC., a California Corporation; et al.; | |
| Defendants. | HON. JAMES WARE |

Stip. to Modify Scheduling Order, Case No. C 04-03824 JW

1

WHEREAS, this action was commenced by plaintiff and counterdefendant Aureflam Corporation on September 10, 2004;

WHEREAS, on March 17, 2005, the district court entered a scheduling order setting the Preliminary Pretrial and Trial Setting Conference on March 6, 2006, with an expert disclosure deadline of October 10, 2005 and a discovery cutoff date of December 15, 2005;

WHEREAS, on October 12, 2005, pursuant to stipulation, the court entered an order continuing the expert disclosure deadline to December 15, 2005;

WHEREAS, the parties are in the process of completing written discovery and arranging fact witness depositions but require additional time to complete this process. The parties have exchanged deposition dates and plan to complete fact witness depositions by the end of January 2006;

NOW, THEREFORE, the parties hereby stipulate to modify the existing scheduling order as follows:

| Date | Event |
| --- | --- |
| 01/30/06 | Close of fact witness discovery (excluding expert discovery). |
| 01/30/06 | Last day to complete expert disclosures under Fed. R. Civ. P. 26(a)(2)(B). |
| 02/17/06 | Last day to make rebuttal expert disclosures under Fed. R. Civ. P. 26(a)(2)(B). |
| 03/20/06 | Last day to hear any motion to exclude an expert or any portion of an expert's testimony in accordance with Civil Local Rule 7-2. |

| | | |
|---|---|---|
| 03/23/06 | Last day to conduct expert discovery. | |
| 03/27/06 | Last day for hearing of dispositive motions. | |
| 04/10/06 | Last day to lodge with Chambers a Preliminary Pretrial and Trial Setting Conference Statement and Proposed Order. | |
| 04/24/06 | Preliminary Pretrial and Trial Setting Conference at 11:00 a.m. | |

GORMAN & MILLER, P.C.

Date December 5, 2005

By /s CRAIG ALAN HANSEN
CRAIG ALAN HANSEN
Attorneys for Plaintiff and
Counter-Defendant Aureflam
Corporation

BLEDSOE, CATHCART, DIESTEL &
PEDERSEN, LLP

Date 12/5/05

By [signature]
L. Jay Pedersen
Michelle M. Yoshida
Attorneys for Defendants
Pho Hoa Hiep, Inc., Pho Hoa
Hiep I, Inc., Pho Hoa Hiep II,
Inc., Pho Hoa Hiep V, Inc., Liu
Tran; Danh Tran; Son Huynh;
Phong Huynh; Liem Le; and Linh
Nguyen

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED. The proposed dates are hereby adopted by the court and the Preliminary Pretrial and Trial Setting Conference is hereby continued to April 24, 2006 at

Stip. to Modify Scheduling Order, Case No. C 04-03824 JW

3

1  11:00 a.m.

Date  12/20/05                            By  *James Ware*
                                          HON. JAMES WARE
                                          UNITED STATES DISTRICT COURT

Stip. to Modify Scheduling Order, Case No. C 04-03824 JW

4