```
John C. Gorman, #91515
Craig Alan Hansen, #209622
GORMAN & MILLER, P.C.
210 North Fourth Street, Suite 200
San Jose, CA. 95112
(408) 297-2222 (phone)
(408) 297-2224 (fax)

Attorneys for Plaintiff
AUREFLAM CORPORATION


L. Jay Pedersen - 12779 1
Michelle M. Yoshida - 197001
BLEDSOE, CATHCART, DIESTEL & PEDERSEN, LLP
601 California Street, 16th Floor
San Francisco, CA 94108
Telephone: (415) 981-5411
Facsimile: (415) 981-0352

Attorneys for Defendants
Pho Hoa Hiep, Inc., Pho Hoa
Hiep I, Inc., Pho Hoa Hiep II,
Inc., Pho Hoa Hiep V, Inc., Liu
Tran; Danh Tran; Son Huynh;
Phong Huynh; Liem Le; and Linh
Nguyen
```

[APPROVED — Judge James Ware — UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUREFLAM CORPORATION, a California corporation;<br><br>   Plaintiff,<br><br>   v.<br><br>PHO HOA HIEP, INC., a California Corporation; et al.;<br><br>   Defendants. | Case No. C 04-03824 JW<br><br>STIPULATION TO MODIFY SCHEDULING ORDER; ORDER THEREON<br><br><br>HON. JAMES WARE |

WHEREAS, this action was commenced by plaintiff and counterdefendant Aureflam Corporation on September 10, 2004;

WHEREAS, on March 17, 2005, the district court entered a scheduling order setting the Preliminary Pretrial and Trial Setting Conference on March 6, 2006, with an expert disclosure deadline of October 10, 2005 and a discovery cutoff date of December 15, 2005;

WHEREAS, on October 12, 2005, pursuant to stipulation, the court entered an order continuing the expert disclosure deadline to December 15, 2005;

WHEREAS, on December 20, 2005, the court modified the scheduling order pursuant to stipulation.

WHEREAS, the parties are in the process of completing written discovery and arranging fact witness depositions but require additional time to complete this process. The parties had previously exchanged deposition dates and planned to complete fact witness depositions by the end of January 2006. However, due to trial and other conflicts, they are unable to do so. Plaintiff's counsel presently has trials scheduled on January 23, 2006 and January 25, 2006. Defendants' counsel has a five-week trial scheduled to commence on February 6, 2006. The parties have agreed to continue all existing deadlines by 60 days and plan to complete fact-witness depositions by March 31, 2006.

NOW, THEREFORE, the parties hereby stipulate to modify the existing scheduling order as follows:

| Date | Event |
|---|---|
| 03/31/06 | Close of fact witness discovery (excluding expert discovery). |

Stip. to Modify Scheduling Order, Case No. C 04-03824 JW

| | | |
|---|---|---|
| 1 | 03/31/06 | Last day to complete expert disclosures under Fed. R. Civ. P. 26(a)(2)(B). |
| 2 | | |
| 3 | 04/18/06 | Last day to make rebuttal expert disclosures under Fed. R. Civ. P. 26(a)(2)(B). |
| 4 | 05/19/06 | Last day to hear any motion to exclude an expert or any portion of an expert's testimony in accordance with Civil Local Rule 7-2. |
| 5 | | |
| 6 | 05/22/06 | Last day to conduct expert discovery. |
| 7 | 05/26/06 | Last day for hearing of dispositive motions. |
| 8 | 06/09/06 | Last day to lodge with Chambers a Preliminary Pretrial and Trial Setting Conference Statement and Proposed Order. |
| 9 | | |
| 10 | 06/26/06 | Preliminary Pretrial and Trial Setting Conference at 11:00 a.m. |

GORMAN & MILLER, P.C.

Date January 17, 2006    By /s CRAIG ALAN HANSEN
                              CRAIG ALAN HANSEN
                              Attorneys for Plaintiff and
                              Counter-Defendant Aureflam
                              Corporation

BLEDSOE, CATHCART, DIESTEL &
PEDERSEN, LLP

Date 1/17/06    By _____
                    L. Jay Pedersen
                    Michelle M. Yoshida
                    Attorneys for Defendants
                    Pho Hoa Hiep, Inc., Pho Hoa
                    Hiep I, Inc., Pho Hoa Hiep II,
                    Inc., Pho Hoa Hiep V, Inc., Liu
                    Tran; Danh Tran; Son Huynh;
                    Phong Huynh; Liem Le; and Linh
                    Nguyen

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED. The proposed dates

are hereby adopted by the court and the Preliminary Pretrial and Trial Setting Conference is hereby continued to June 26, 2006 at 11:00 a.m.

Date January 19, 2006

By /s/ James Ware
HON. JAMES WARE
UNITED STATES DISTRICT COURT