1 | L. Jay Pedersen – 127791
Helen H. Lee - 230682
2 | BLEDSOE, CATHCART, DIESTEL & PEDERSEN, LLP
601 California Street, 16th Floor
3 | San Francisco, CA 94108
Telephone: (415) 981-5411
4 | Facsimile: (415) 981-0352

5

6 | Attorneys for Defendants
PHO HOA HIEP, INC.; PHO HOA HIEP I, INC.;
7 | PHO HOA HIEP II, INC.; PHO HOA HIEP V, INC.;
PHONG HUYNH; LIEU TRAN; LINH NGUYEN; SON HUYNH;
8 | LIEM LE AND DANH TRAN

IT IS SO ORDERED
*Judge James Ware*

9

## UNITED STATES DISTRICT COURT

10

## NORTHERN DISTRICT OF CALIFORNIA

11

12 | AUREFLAM CORPORATION, a
13 | California corporation;
14 |                    Plaintiff,
15 | vs.
16 | PHO HOA HIEP, INC., a California
17 | Corporation; PHO HOA HIEP I, INC., a
California Corporation; PHO HOA HIEP
18 | II, INC., a California Corporation; PHO
HOA HIEP IV, INC., a California
19 | Corporation; PHO HOA HIEP V, INC., a
California Corporation; LIEU TRAN, an
20 | individual; DANH TRAN, an individual;
SON HUYNH, an individual; PHONG
21 | HUYNH, an individual; LIEM LE, an
individual; LINH NGUYEN, an individual;
22 | and DOES 1 through 10, inclusive;
23 |                    Defendants.

No. **C04 03824 JW**
**R/W** No. 05 00746

**STIPULATION TO MODIFY
SCHEDULING ORDER; [PROPOSED]
ORDER**

24

25 |        IT IS HEREBY STIPULATED by the parties, plaintiff AUREFLAM CORPORATION

26 | and defendants PHO HOA HEIP, INC., PHO HOA HIEP I, INC., PHO HOA HIEP II, INC.,

27 | PHO HOA HIEP V, INC., PHONG HUYNH, LIEU TRAN, LINH NGUYEN, SON HUYNH,

28 | LIEM LE, and DAN TRAN, by and through their respective counsels of record to modify the

STIPULATION TO MODIFY SCHEDULING ORDER;                 1
[PROPOSED] ORDER

1   existing scheduling order in order to comply with the related case order filed February 19, 2006,

2   and vacating the dates set in the existing scheduling order and setting a Case Management

3   Conference for this case and the related case for ~~May 26, 2006~~ June 5, 2006 at 10:00am

4                         GORMAN & MILLER

5

   DATED: March 20, 2006            By:

6                                 John C. Gorman

7                                 Craig Alan Hansen
                                 Attorneys for Plaintiff AUREFLAM

8                                 CORPORATION

9   DATED: March 16, 2006            BLEDSOE, CATHCART,
                               DIESTEL & PEDERSEN, LLP

10

11                         By:

12                                   L. Jay Pedersen
                                 Attorneys for Defendants PHO HOA HIEP,

13                                 INC.; PHO HOA HIEP I, INC.; PHO HOA
                               HIEP II, INC.; PHO HOA HIEP V, INC.;

14                               PHONG HUYNH; LIEU TRAN; LINH
                               NGUYEN; SON HUYNH; LIEM LE; AND

15                               DANH TRAN

16   DATED: March ___, 2006          LEWIS BRISBOIS BISGAARD & SMITH LLP

17

18                         By:

19                                   Deborah F. Sirias
                                 Attorneys for Defendants PHO HOA PHAT

20                               I, INC., PHO PHAT II, INC. and JOHNNY
                               LEE

21

22                          **ORDER**

23   PURSUANT TO STIPULATION, IT IS SO ORDERED.

24

25   DATED: April 14, 2006

26                                 Hon. James Ware
                                 United States District Judge

27

28

1  existing scheduling order in order to comply with the related case order filed February 19, 2006,

2  and vacating the dates set in the existing scheduling order and setting a Case Management

3  Conference for this case and the related case for May 26, 2006.

GORMAN & MILLER

DATED: March ___, 2006        By: _____
                                    John C. Gorman
                                    Craig Alan Hansen
                                    Attorneys for Plaintiff AUREFLAM
                                    CORPORATION

DATED: March _16_, 2006        BLEDSOE, CATHCART,
                               DIESTEL & PEDERSEN, LLP

                               By: _____
                                    L. Jay Pedersen
                                    Attorneys for Defendants PHO HOA HIEP,
                                    INC.; PHO HOA HIEP I, INC.; PHO HOA
                                    HIEP II, INC.; PHO HOA HIEP V, INC.;
                                    PHONG HUYNH; LIEU TRAN; LINH
                                    NGUYEN; SON HUYNH; LIEM LE; AND
                                    DANH TRAN

DATED: March _16_, 2006        LEWIS BRISBOIS BISGAARD & SMITH LLP

                               By: _____
                                    Deborah F. Sirias
                                    Attorneys for Defendants PHO HOA PHAT
                                    I, INC., PHO PHAT II, INC. and JOHNNY
                                    LEE

## **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____        _____
                          Hon. James Ware
                          United States District Judge

STIPULATION TO MODIFY SCHEDULING ORDER;          2
[PROPOSED] ORDER