UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUREFLAM CORPORATION, a California corporation;<br><br>                    Plaintiff,<br><br>           v.<br><br>PHO HOA HIEP, INC., a California Corporation; et al.;<br><br>                    Defendants. | **RELATED CASES:**<br>Case No. C 04-03824 JW (RS)<br>Case No. C 05-00746 JW (RS)<br><br>STIPULATION TO CONTINUE JUNE 5, 2006 CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON<br> *AS MODIFIED BY THE COURT*<br><br>Date:          June 5, 2006<br>Time:          9:00 a.m.<br>Place:          Courtroom 8, 4th Floor |
| AUREFLAM CORPORATION, a California corporation;<br><br>                    Plaintiff,<br><br>           v.<br><br>PHO HOA PHAT I, INC., a California Corporation; et al.;<br><br>                    Defendants. | HON. JAMES WARE |
| AND RELATED COUNTERCLAIM. | |

WHEREAS, on September 10, 2004, plaintiff commenced an action for trademark infringement and unfair competition styled Aureflam Corporation v. Pho Hoa Hiep, Inc., Case No.

---

Stip. Cont. CMC in Related Cases; [Proposed] Order, Case Nos. C 04-03824 JW; C 05-00746 JW

1

1  C04-03824 JW (the "Pho Hoa Hiep matter");

2         WHEREAS, on February 18, 2005, plaintiff commenced an action for trademark infringement

3  and unfair competition styled Aureflam Corporation v. Pho Hoa Phat I, Inc., Case No. C05-00746 RS

4  (the "Pho Hoa Phat matter");

5         WHEREAS, on February 19, 2006, the court issued an order deeming the above matters

6  related.  A coordinated Case Management Conference was thereafter set for June 5, 2006;

7         WHEREAS, plaintiff intends to file an Amended Complaint adding a new party to the Pho

8  Hoa Hiep matter who plaintiff believes to be related to these proceedings;

9         WHEREAS, after meeting and conferring, the parties agree that the June 5, 2006 coordinated

10  Case Management Conference should be continued for 90 days to permit time for filing and service

11  of the Amended Complaint and for the new party to make their appearance and meaningfully

12  participated at the Case Management Conference;

13         NOW, THEREFORE, the parties hereby stipulate that the June 5, 2006 coordinated Case

14  Management Conference should be continued to ~~August 7, 2006.~~

15                                    SEPTEMBER 11, 2006 AT 10:00AM

16

17                                    Gorman & Miller, P.C.

18  Date __ June 1, 006 _____        By ____/s/_____

19                                    CRAIG ALAN HANSEN
                                      Attorneys for Plaintiff and Counter-

20                                    Defendant Aureflam Corporation

21

22                                    Bledsoe, Cathcart, Diestel & Pedersen, LLP

23  Date __ June 1, 2006 _____        By ____/s/_____

24                                    L. Jay Pedersen
                                      Attorneys for Defendants

25                                    Pho Hoa Hiep, Inc., Pho Hoa Hiep I, Inc., Pho
                                      Hoa Hiep II, Inc., Pho Hoa Hiep V, Inc., Liu

26                                    Tran; Danh Tran; Son Huynh; Phong Huynh;
                                      Liem Le; and Linh Nguyen

27

28

Stip. Cont. CMC in Related Cases; [Proposed] Order, Case Nos. C 04-03824 JW; C 05-00746 JW

Lewis Brisbois Bisgaard & Smith LLP

Date __June 1, 2006_____     By ____/s/_____
                                              DEBRA F. SIRIAS
                                              Attorneys for Defendants and
                                              Counterclaimants Pho Hoa Phat I, Inc., Pho
                                              Hoa Phat II, Inc., and Johnny Lee

ORDER

   PURSUANT TO STIPULATION, IT IS SO ORDERED.  The June 5, 2006 Case

Management Conference set in the related cases of <u>Aureflam Corporation v. Pho Hoa Hiep, Inc.</u>,

Case No. C04-03824 JW and <u>Aureflam Corporation v. Pho Hoa Phat I, Inc.</u>, Case No. C05-00746 JW

is hereby taken off calendar and rescheduled for September 11, 2006 at 10:00 a.m.

Date __JUNE 1, 2006_____     By ___/S/ JAMES WARE_____
                                              HON. JAMES WARE
                                              UNITED STATES DISTRICT COURT

Stip. Cont. CMC in Related Cases; [Proposed] Order, Case Nos. C 04-03824 JW; C 05-00746 JW

3