John C. Gorman, #91515
Charles J. Stiegler, #245973
GORMAN & MILLER, P.C.
210 North Fourth Street, Suite 200
San Jose, CA.   95112
(408) 297-2222 (phone)
(408) 297-2224 (fax)

Attorneys for Plaintiff
AUREFLAM CORPORATION


L. Jay Pedersen, # 127791
BLEDSOE, CATHCART, DIESTEL & PEDERSEN, LLP
601 California Street, 16th Floor
San Francisco, CA 94108
Telephone: (415) 981-5411
Facsimile: (415) 981-0352

Attorneys for Defendants
Pho Hoa Hiep, Inc., Pho Hoa Hiep I, Inc., Pho Hoa Hiep II, Inc., Pho Hoa Hiep V, Inc., Liu Tran; Danh Tran; Son Huynh; Phong Huynh; Liem Le; and Linh Nguyen

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUREFLAM CORPORATION, a California corporation;<br><br>            Plaintiff,<br><br>       v.<br><br>PHO HOA HIEP, INC., a California Corporation; et al.;<br><br>            Defendants. | Case No. C 04-03824 JW (RS)<br><br>STIPULATION TO MODIFY SCHEDULING ORDER; [PROPOSED] ORDER THEREON<br><br><br>HON. JAMES WARE |

Stip. to Modify Scheduling Order, Case No. C 04-03824 JW (RS)

1

1   WHEREAS, this action was commenced by plaintiff and
2   counterdefendant Aureflam Corporation on September 10, 2004;
3   WHEREAS, this action was subsequently deemed related to
4   Aureflam Corporation V. Pho Hoa Phat I, Inc., et al., Case No. C05
5   00746 and various set dates that had been previously set by the
6   court were vacated;
7   WHEREAS, on September 6, 2006, this court entered a scheduling
8   order setting various pre-trial scheduling and discovery/motion
9   cutoff dates, including setting a Preliminary Pretrial and Trial
10  Setting Conference on June 18, 2007, and directed that the parties
11  to contact the ADR Program by September 21, 2006.
12  WHEREAS, the parties did contact the ADR Program at the
13  designated phone number prior to the September 21, 2006 date but,
14  for some unknown reason, the case did not get assigned to ADR and
15  thus the parties have not yet participated in ADR;
16  WHEREAS, the parties have recently contacted the ADR Program
17  administrator to inquire about the lack of an ADR appointment and
18  attorney Robert Freitas has now been appointed to act as mediator;
19  WHEREAS, an ADR mediation session has been scheduled with Mr.
20  Freitas for March 30, 2007;
21  WHEREAS, the parties to the related Aureflam v. Pho Hoa Phat
22  case have recently reached a tentative settlement following a
23  mediation session conducted before attorney/mediator Freitas and are
24  in the process of circulating a proposed settlement agreement for
25  signature;
26  WHEREAS, the parties to this action have conducted a
27  substantial amount of fact discovery thus far but still need to
28  complete additional fact discovery, plus expert discovery;

1    WHEREAS, the parties would prefer to conduct the ADR session
2 and have an opportunity to explore settlement with the court-
3 appointed mediator before incurring the cost of conducting the
4 additional remaining discovery;
5
6    NOW, THEREFORE, the parties, by and through their respective
7 counsel of record, hereby stipulate to modify the existing
8 scheduling order to move each of the dates that have not yet elapsed
9 back by approximately two months as follows:

| Date | Event |
| --- | --- |
| 05/31/07 | Close of fact witness and expert discovery |
| 06/11/07 | Last day to hear any motion to exclude an expert or any portion of an expert's testimony in accordance with Civil Local Rule 7-2. |
| 07/30/07 | Last day for hearing of dispositive motions. |
| 08/10/07 | Last day to lodge with Chambers a Preliminary Pretrial and Trial Setting Conference Statement and Proposed Order |
| 08/20/07 | Preliminary Pretrial and Trial Setting Conference at 11:00 a.m. |

                                   GORMAN & MILLER, P.C.

Date   Feb. 20, 2007           By  /s/
                                   JOHN C. GORMAN
                                   Attorneys for Plaintiff and
                                   Counter-Defendant Aureflam
                                   Corporation

```
                                    BLEDSOE, CATHCART, DIESTEL &
                                    PEDERSEN, LLP

Date _Feb. 20, 2007                 By ___/s/_____
                                       L. Jay Pedersen
                                       Attorneys for Defendants
                                       Pho Hoa Hiep, Inc., Pho Hoa
                                       Hiep I, Inc., Pho Hoa Hiep II,
                                       Inc., Pho Hoa Hiep V, Inc., Liu
                                       Tran; Danh Tran; Son Huynh;
                                       Phong Huynh; Liem Le; and Linh
                                       Nguyen
```

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED. The proposed dates are hereby adopted by the court and the Preliminary Pretrial and Trial Setting Conference is hereby continued to August 20, 2007 at 11:00 a.m.

Date: _____2/21/2007_____   By _____
                                            HON. JAMES WARE
                                            UNITED STATES DISTRICT COURT

Stip. to Modify Scheduling Order, Case No. C 04-03824 JW (RS)
4