John C. Gorman, #91515
GORMAN & MILLER, P.C.
210 North Fourth Street, Suite 200
San Jose, CA.  95112
(408) 297-2222 (phone)
(408) 297-2224 (fax)

Attorneys for Plaintiff/Counterdefendant
AUREFLAM CORPORATION


L. Jay Pedersen - 12779 1
BLEDSOE, CATHCART, DIESTEL & PEDERSEN, LLP
601 California Street, 16th Floor
San Francisco, CA 94108
Telephone: (415) 981-5411
Facsimile: (415) 981-0352

Attorneys for Defendants/Counterclaimants
Pho Hoa Hiep, Inc., Pho Hoa Hiep I, Inc., Pho Hoa Hiep II, Inc., Pho Hoa Hiep V, Inc., Liu Tran; Danh Tran; Son Huynh; Phong Huynh; Liem Le; and Linh Nguyen

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUREFLAM CORPORATION, a California corporation;<br><br>           Plaintiff,<br><br>     v.<br><br>PHO HOA HIEP, INC., a California Corporation; et al.;<br><br>           Defendants. | Case No. C 04-03824 JW<br><br>STIPULATION TO CONTINUE HEARING DATES AND BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO EXCLUDE EXPERT TESTIMONY OF DR. MICHAEL SULLIVAN AND AUREFLAM'S MOTION TO DISMISS COUNTERCLAIM; [PROPOSED] ORDER THEREON<br><br>HON. JAMES WARE |

       WHEREAS, this action was commenced by plaintiff Aureflam Corporation on September 10, 2004;

       WHEREAS, the Pho Hoa Hiep defendants have filed a motion to

---

Stip. to Continue Hearing Dates, Case No. C 04-03824 JW

exclude the expert testimony of one of plaintiff Aureflam's experts that is presently set for hearing on May 21, 2007;

WHEREAS, Aureflam has filed a motion to dismiss the Pho Hoa Hiep defendants' recently filed counterclaim that is presently set for hearing on June 11, 2007;

WHEREAS, the May 21, 2007 hearing date is not convenient for plaintiff's lead counsel, John Gorman, who has recently had surgery for a fractured wrist;

WHEREAS, the parties are in the process of completing written discovery and arranging fact witness depositions;

WHEREAS, the parties participated in a mediation on April 26, 2007 and are continuing to discuss possible settlement; and

WHEREAS, the parties are in the process of completing written discovery and depositions;

WHEREAS, the parties desire to continue the present hearing dates for the two pending motions; and

WHEREAS, no trial date is currently set;

NOW, THEREFORE, the parties, through their respective counsel of record, hereby stipulate to continue the existing hearing dates and briefing schedule for the two pending motions as follows:

1. The hearing date for the Pho Hoa Hiep defendants' motion to exclude expert testimony of Dr. Michael Sullivan shall be moved from May 21, 2007 to June 11, 2007, with Aureflam's opposition to be filed by May 14, 2007 and any reply to be filed by May 25, 2007.

2. The hearing date for Aureflam's motion to dismiss the counterclaim shall be moved from June 11, 2007 to June 18, 2007,

with the Pho Hoa Hiep defendants' opposition to be filed by May 25, 2007 and any reply to be filed by June 4, 2007.

```
                                    GORMAN & MILLER, P.C.

Date   April 27, 2007        By   /s/
                                  JOHN C. GORMAN
                                  Attorneys for Plaintiff and
                                  Counter-Defendant Aureflam
                                  Corporation


                                  BLEDSOE, CATHCART, DIESTEL &
                                  PEDERSEN, LLP

Date _April 27, 2007         By   /s/
                                  L. Jay Pedersen
                                  Attorneys for Defendants
                                  Pho Hoa Hiep, Inc., Pho Hoa
                                  Hiep I, Inc., Pho Hoa Hiep II,
                                  Inc., Pho Hoa Hiep V, Inc., Liu
                                  Tran; Danh Tran; Son Huynh;
                                  Phong Huynh; Liem Le; and Linh
                                  Nguyen
```

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED. The proposed dates are hereby adopted by the court.

Date: May 1 2007

By _/s/ James Ware_
HON. JAMES WARE
UNITED STATES DISTRICT COURT