IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Aureflam Corporation,<br><br>        Plaintiff,<br>  v.<br><br>Pho Hoa Hiep, Inc. et al.,<br><br>        Defendants. | NO. C 04-03824 JW<br><br>**ORDER TO SHOW CAUSE RE: SETTLEMENT** |

On June 15, 2007, Plaintiff's counsel informed the Court that the above-entitled matter has reached a settlement. (See Docket Item No. 131.) In light of the settlement, the Court vacates all trial and pretrial dates. In addition, all motions currently pending before the Court are deemed withdrawn. On or before **July 16, 2007**, the parties shall file a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a).

If a dismissal is not filed by the specified date, all parties shall appear in Courtroom No. 8, 4th Floor, United States District Court, 280 South First Street, San Jose, Ca. on **July 23, 2007 at 9:00 a.m.** and to show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(b). On or before **July 16, 2007**, the parties shall file a joint statement in response to the Order to Show Cause. The joint statement shall set forth the status of the activities of the parties for finalizing the settlement and how much additional time is requested to finalize and file the dismissal. If a voluntary dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated.

Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss this action.

Dated:  June 18, 2007

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Charles Joseph Stiegler cstiegler@gormanmiller.com
Craig Alan Hansen chansen@beckross.com
Deborah F. Sirias Sirias@lbbslaw.com
Duy Thai duy@duythai.com
John C. Gorman jgorman@gormanmiller.com
L. Jay Pedersen jpedersen@bledsoelaw.com
Tiep D. Nguyen tdn15@yahoo.com

Dated:  June 18, 2007                             Richard W. Wieking, Clerk

                                                               By:      /s/ JW Chambers
                                                                    Elizabeth Garcia
                                                                    Courtroom Deputy