1  John C. Gorman, #91515
   Charles J. Stiegler, #245973
2  GORMAN & MILLER, P.C.
   210 North Fourth Street, Suite 200
3  San Jose, CA.  95112
   (408) 297-2222 (phone)
4  (408) 297-2224 (fax)

5  Attorneys for Plaintiff
   AUREFLAM CORPORATION
6

7  L. Jay Pedersen, #127791
   BLEDSOE, CATHCART, DIESTEL & PEDERSEN, LLP
8  601 California Street, 16th Floor
   San Francisco, CA 94108
9  Telephone: (415) 981-5411
   Facsimile: (415) 981-0352
10
   Attorneys for Defendants
11 Pho Hoa Hiep, Inc., Pho Hoa
   Hiep I, Inc., Pho Hoa Hiep II,
12 Inc., Pho Hoa Hiep V, Inc.,
   Lieu Tran; Danh Tran; Son
13 Huynh; Phong Huynh; Liem Le;
   and Linh Nguyen
14

15                   UNITED STATES DISTRICT COURT
16                  NORTHERN DISTRICT OF CALIFORNIA
17

| | |
|---|---|
| AUREFLAM CORPORATION, a California corporation; | Case No. C 04-03824 JW (RS) |
| Plaintiff, | STIPULATION FOR PARTIAL DISMISSAL OF ACTION [F.R.C.P. 41] |
| v. | |
| PHO HOA HIEP, INC., a California Corporation; et al.; | HON. JAMES WARE |
| Defendants. | |

Stip. for Dismissal, Case No. C 04-03824 JW (RS)
1

<pre>
</pre>

1. IT IS HEREBY STIPULATED between plaintiff/counterdefendant Aureflam Corporation and defendants/counterclaimants Pho Hoa Hiep, Inc., Pho Hoa Hiep I, Inc., Pho Hoa Hiep II, Inc., Pho Hoa Hiep V, Inc., Lieu Tran; Danh Tran; Son Huynh; Phong Huynh; Liem Le; and Linh Nguyen, by and through their respective attorneys of record, that the Amended Complaint filed by Aureflam Corporation shall each be dismissed with prejudice as to Pho Hoa Hiep, Inc., Pho Hoa Hiep I, Inc., Pho Hoa Hiep II, Inc., Pho Hoa Hiep V, Inc., Lieu Tran; Danh Tran; Son Huynh; Phong Huynh; Liem Le; and Linh Nguyen only.

IT IS HEREBY FURTHER STIPULATED that the Counterclaim filed by Pho Hoa Hiep, Inc., Pho Hoa Hiep I, Inc., Pho Hoa Hiep II, Inc., Pho Hoa Hiep V, Inc., Lieu Tran; Danh Tran; Son Huynh; Phong Huynh; Liem Le; and Linh Nguyen against Aureflam Corporation shall be dismissed in its entirety.

Each of the parties to this stipulation shall bear his, hers, or its own attorneys' fees and costs as to any and all claims against any of the other parties to this stipulation.

This stipulation does not dismiss or affect Aureflam Corporation's claims against defendant Quang B. Tran, whose default has been previously entered.

Date: Aug. 20, 2007

GORMAN & MILLER, P.C.

By _____
JOHN C. GORMAN
Attorneys for Plaintiff and
Counter-Defendant Aureflam
Corporation

```
                                    BLEDSOE, CATHCART, DIESTEL &
                                    PEDERSEN, LLP

Dated: July 25, 2007                By _____
                                    L. Jay Pedersen
                                    Attorneys for Defendants and
                                    Counterclaimants Pho Hoa Hiep,
                                    Inc., Pho Hoa Hiep I, Inc., Pho
                                    Hoa Hiep II, Inc., Pho Hoa Hiep
                                    V, Inc., Lieu Tran; Danh Tran;
                                    Son Huynh; Phong Huynh; Liem
                                    Le; and Linh Nguyen
```

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: __August 22__, 2007            _____
                                     HON. JAMES WARE
                                     UNITED STATES DISTRICT COURT

Stip. for Dismissal, Case No. C 04-03824 JW (RS)