IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Aureflam Corp., | NO. C 04-03824 JW |
| Plaintiff, | **ORDER TO SHOW CAUSE RE: DISMISSAL FOR FAILURE TO PROSECUTE** |
| v. | |
| Pho Hoa Hiep Inc., et al., | |
| Defendants. | |

Aureflam Corp. ("Plaintiff") brings this action against Defendants[1] for, *inter alia*, violation of the Lanham Act, 15 U.S.C. §§ 114 and 1125. Upon Plaintiff's request, on August 15, 2006, the Clerk of Court entered default as to Defendant Quang B. Tran. (See Docket Item Nos. 81, 84.) On August 22, 2007, the Court approved the parties' Stipulated Dismissal of all claims against all Defendants except Defendant Quang B. Tran. (See Docket Item No. 137.) Since that Order and the Clerk's entry of default for Defendant Quang B. Tran, no action has been taken in this case.

Accordingly, the Court hereby orders Plaintiff to appear in Courtroom No. 8, 4th Floor, United States District Court, 280 South First Street, San Jose, California on **March 17, 2008** at **9:00 a.m.** to show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(b) for lack of prosecution. On or before **March 10, 2008**, Plaintiff shall file a certification in response

---

[1] Defendants are Pho Hoa Hiep, Inc., Pho Hoa Hiep I, Inc., Pho Hoa Hiep II, Inc., Pho Hoa Hiep IV, Inc., Pho Hoa Hiep V, Inc., Lieu Tran, Danh Tran, Son Huynh, Phong Huynh, Liem Le, Lin Nguyen, and Quang B. Tran, individually and d.b.a. Pho Hoa Clement.

to the Order to Show Cause. The statement shall set forth the status of the litigation and the reason no action has been taken with respect to Defendant Quang B. Tran for well over a year and a half.

If Plaintiff fails to file the certification, the **March 17, 2008** hearing will be vacated automatically and the case will be dismissed. Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss this action.

Dated: February 29, 2008

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Charles Joseph Stiegler cstiegler@gormanmiller.com
Christopher K. Zand czand@bledsoelaw.com
Craig Alan Hansen chansen@beckross.com
Deborah F. Sirias Sirias@lbbslaw.com
John C. Gorman jgorman@gormanmiller.com
L. Jay Pedersen jpedersen@bledsoelaw.com

**Dated: February 29, 2008**               **Richard W. Wieking, Clerk**

                                          **By:      /s/ JW Chambers**
                                                 **Elizabeth Garcia**
                                                 **Courtroom Deputy**